IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00068-CR

 

Robert Dwayne Jones,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 85th District Court

Brazos County, Texas

Trial Court No. 03-04633-CRF-85

 



MEMORANDUM  Opinion



 








          This is an appeal from an order
revoking Appellant’s bond pending the appeal of a criminal conviction.  Appellant has filed a motion to
withdraw his notice of appeal under Rule of Appellate Procedure 42.2(a).  See
Tex. R. App. P. 42.2(a); McClain
v. State, 17 S.W.3d 310, 311 (Tex. App.CWaco 2000, no pet.) (per curiam).  We have not issued a decision
in this appeal.  Appellant personally signed the motion.  The Clerk of this
Court has sent a duplicate copy to the trial court clerk.  Id. 
Accordingly, the appeal is dismissed.[1]

PER CURIAM

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal
dismissed

Opinion
delivered and filed April 12, 2006

Do not
publish

[CR25]









[1]
          The appeal of Appellant’s
conviction remains pending in cause number 10-05-248-CR.